UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID DIXON, Plaintiff | CIVIL ACTION 1:19-CV-01471 |
| VERSUS | JUDGE DRELL |
| JOSEPH BARR, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' Motion to Dismiss (ECF No. 27) Dixon's claim against Barr for denial of medical care is DENIED AS MOOT.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (ECF No. 27) Dixon's § 1983 claim against Barr for use of excessive force is DENIED.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (ECF No. 27) Dixon's § 1983 and state law claims against Warden Meyers is GRANTED and Dixon's action against Warden Meyers is DISMISSED WITH PREJUDICE.

THUS, ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 25 day of February 2021.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT